IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00578-RPM

ALIA BLANKENSHIP,

    Plaintiff,

v.

GOLDEN RULE INSURANCE COMPANY,
UNITED HEALTHCARE, INC.; and
VIMO, INC. d/b/a Getinsured.com,

    Defendants.

_____

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS UNITED HEALTHCARE, INC. WITHOUT PREJUDICE AND TO AMEND HER COMPLAINT
_____

Upon review of Plaintiff's Unopposed Motion to Dismiss United Healthcare, Inc. without Prejudice and to Amend Her Complaint to Add Claims and Averments against the Remaining Defendants [Doc. 18], it is

ORDERED that Defendant United Healthcare, Inc., is dismissed without prejudice and it is

FURTHER ORDERED that the motion to amend the complaint is granted and plaintiff shall file a "clean" copy of the Second Amended Complaint on or before July 24, 2015.

DATED: July 20th, 2015

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior Judge