IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00578-RPM

ALIA BLANKENSHIP,

     Plaintiff,

v.

GOLDEN RULE INSURANCE COMPANY and
VIMO, INC. d/b/a GETINSURED.COM,

     Defendants.

_____

### ORDER GRANTING MOTION TO AMEND ANSWER
_____

Upon review of Defendant Golden Rule Insurance Company's Unopposed Motion for Leave to File First Amended Answer [Docket 30], it is

ORDERED that the motion is granted and the First Amended Answer attached thereto is accepted for filing.

DATED:   October 20th, 2015

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

                                      Richard P. Matsch, Senior Judge