IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:15-cv-00578

Alia Blankenship

      Plaintiff,

v.

Golden Rule Insurance Company; and Vimo, Inc. d/b/a Getinsured.com

      Defendants.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

      The COURT, having reviewed the Stipulation for Dismissal with Prejudice submitted by the parties and being fully informed in the matter, does hereby:

      ORDER that the above-captioned matter is dismissed with prejudice. Each party shall pay his or her own respective attorney's fees and costs.

      DATE: February 9, 2016

               BY THE COURT:

               s/Richard P. Matsch

               _____

               Richard Matsch, Senior District Judge